UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas R. Narrigan,<br>   Individually and on behalf of all others<br>   Similarly situated<br>   Plaintiff,<br><br>   v.<br><br>Deborah B. Goldberg,<br>In her official capacity as Treasurer and<br>Receiver General of the Commonwealth of<br>Massachusetts<br> Defendant, | Civil No. 24-10107-MGM |

ORDER OF DISMISSAL
March 25, 2025

**MASTROIANNI, U.S.D.J.**

    Pursuant to Memorandum and Order (Dkt. No. 44) issued on March 25, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

March 25, 2025           /s/ *Mark G. Mastroianni*
    Date                   Mark G. Mastroianni
                              U.S. District Judge